UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding	No. 18-mc-49

18-115-04	MOTION TO SEAL

The United States hereby moves this Court for an order:

1. Sealing this matter for a period of 90 days, subject to renewal, in that this search is being conducted as a part of an ongoing investigation.

2. Sealing all documents filed in this matter that are not designated as redacted in the caption (including this motion and resultant order), as the documents contain reference to an ongoing investigation, protected personal identifiers, identities of informants and/or witnesses, and sensitive law enforcement information.

3. Sealing all documents in this matter designated redacted in the caption for a period of 90 days, subject to renewal, unless ordered otherwise by the Court.

Dated this 29th day of October, 2018.

RONALD A. PARSONS, JR.
United States Attorney

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410
E-Mail: jeff.clapper@usdoj.gov