*Denied. There is no information revealed in the application of the subpoena that would indicate who or what was being investigated.*

*Veronica [signature]*
*10-29-18*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Search Regarding    No. 18-mc-49

18-115-04                                ORDER TO SEAL

The United States having moved this Court for an order to seal, and good cause having been shown therefor, it is hereby

ORDERED:

1. That this matter is hereby sealed for a period of 90 days from the date of this order.

2. That all documents filed in this matter that are not designated as redacted in the caption, including the Government's Motion to Seal and this Order, shall be permanently sealed.

3. That all documents filed in this matter designated redacted in the caption, and the return if no redacted version was filed, shall be sealed for a period of 90 days, subject to renewal, unless ordered otherwise by the Court.

4. That the Clerk of this Court shall automatically unseal this matter and all documents filed therein designated redacted in the caption, and the return if no redacted version was filed, after the passage of 90 days, subject to renewal, unless ordered otherwise by the Court.

Dated: 10-29-18

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge